# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SAMUEL JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 7:13-cv-0945-CLS-SGC |
| WARDEN WILLIE THOMAS, et. al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on December 11, 2014, recommending this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 12). No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion the magistrate judge's report is due to be, and it hereby is, **ADOPTED**, and her recommendation **ACCEPTED**. Accordingly, the complaint is due to be **DISMISSED** pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A final judgment will be entered.

DONE this 6th day of January, 2015.

　　　　　　　　　　　　　　　　　　／s／ Lynwood Smith
　　　　　　　　　　　　　　　　　　United States District Judge